**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 22, 2025<br>Docket #: 25-643<br>Short Title: U.S. Bank National Association v. The Charitable Donor Advised Fund, L.P. | DC Docket #: 1:21-cv-11059<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Trial Judge - Gregory Howard Woods |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8527.