**Jason C. Hegt**
Direct Dial: +1.212.906.1686
jason.hegt@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

October 31, 2025

**VIA ACMS**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. Bank National Association v. The Charitable Donor Advised Fund, L.P.*, Appeal No. 25-643 – Letter Regarding Oral Argument

Dear Ms. Wolfe:

Latham & Watkins LLP represents Counter-Defendant-Appellee Brigade Capital Management, LP ("Brigade") in the above-referenced appeal. With respect to the upcoming November 3, 2025, argument in this matter, we write to notify the Court that Brigade would like to allocate the entirety of the 10 minutes allotted for the Appellees to Quinn Emanuel Urquhart & Sullivan, LLP, which represents Plaintiffs-Counter-Defendants-Appellees Joshua Terry and Acis Capital Management, L.P.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Jason C. Hegt*
Jason C. Hegt
of LATHAM & WATKINS LLP

cc: All counsel of record (via ACMS)