**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 19, 2025
Docket #: 25-643
Short Title: U.S. Bank National Association v. The Charitable Donor Advised Fund, L.P.

DC Docket #: 1:21-cv-11059
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Gregory Howard Woods

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8658.